aEE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
APR 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Terrence T. Williams

(Enter above the full name of the plaintiff or plaintiffs in this action)

18cv2600
Judge Alonso
Mag. Judge Martin
PC 6

vs.

Case No:____________________
(To be supplied by the Clerk of this Court)

Will County Adult Detention Facility
Rose Albano, Michael Zolecki
William Garner, Robert Van Overmeiren
Jacob Deane, Edward Hayes
Matthew Cortese, Lisa Biesiadecki
Derek Coppes, Cindy Smith, Mohammed Ibraham

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Terrence T. Williams

B. List all aliases: ______

C. Prisoner identification number: 20170006427

D. Place of present confinement: Will County Adult Detention Facility

E. Address: 95 S. Chicago St. Joliet IL, 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Rose Albano

Title: Sergeant

Place of Employment: Will County Adult Detention Facility

B. Defendant: Michael Zolecki

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

C. Defendant: William Garner

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: ____________________

B. List all aliases: ____________________

C. Prisoner identification number: ____________________

D. Place of present confinement: ____________________

E. Address: ____________________

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. D Defendant: Robert Van Overmeiren

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

B. E Defendant: Jacob Deane

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

C. F Defendant: Edward Hayes

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I. **Plaintiff(s):**

A. Name: ______________________

B. List all aliases: ______________________

C. Prisoner identification number: ______________________

D. Place of present confinement: ______________________

E. Address: ______________________

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

~~A.~~ G Defendant: Matthew Cortese

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

~~B.~~ H Defendant: Derek Coppes

Title: Emergency Response Team (member)

Place of Employment: Will County Adult Detention Facility

~~C.~~ I Defendant: Will County Adult Detention Facility

Title: Will County Adult Detention Facility

Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: ______

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: ______

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. J Defendant: Lisa Biesiadecki

Title: Nurse

Place of Employment: Will County Adult Detention Facility

B. K Defendant: Cindy Smith

Title: Nurse

Place of Employment: Will County Adult Detention Facility

C. L Defendant: Mohammed Ibraham

Title: Nurse

Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While detained here in Will County Adult Detention Facility on March 19th 2018 on 2nd Shift, I were brutally beaten by members of the Emergency Response Team (ERT). They ordered for me to comply in order I cuff up as they enter my cell While complying they entered my cell (the cell #37) Day-room (6) of the Medical Unit, and in A false attemp to cuff me, the E.R.T members forced me flat to my stomach by gripping the back of my head and neck rushing my face to the ground while my hands were (positioned as ordered) behind my back already, the printed names of the ERTS proceeded attacking me and punching me brutally all in my face multiple ~~times~~ leaving me with knots and bruises, blood red eye's caused by the punches to the face and also busted lips! They restrained me and even with tazers and mace attatched to their persons, the E.R.T pretended I resisted in order I recieved the



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

beating, causing great bodily harm and using excessive force. This was retaliating behavior demonstrated by these professionals of the Emergency Response Team. I suffered from unlawful, cruel and unusual punishment especially when there were mace & tazers already attached to their persons! I requested for the video and audio to be preserved. This incident occured where there is alleged video and audio surveilance. As I were finally done receving the beating. I felt sodomized as one of the members of the (ERT) pulled my inmate uniform pants down and injected his finger into my recktum. Once cuffed, I were exhausted, body language of fatigue, I were lifted off the floor of the cell, briefly seen by nurses and then thrown back in the cell with great head injury. I felt greatly and very lightheaded possibley suffering from the head trauma and also traumatized as already in A place such as medical I already suffer ~~from~~ ptsd from similar incidents in my past life





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to be sure this doesn't happens to anyone else nor myself. I want the courts to penalyze the defendants for their misconduct in their profession and abusing their authority. I also want an amount of $250,000.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 5th, 20 18

Terrence T. Williams

(Signature of plaintiff or plaintiffs)

Terrence T. Williams

(Print name)

20170000064127

(I.D. Number)

Will County Adult Detention Facility
95 S. Chicago St. Joliet IL, 60436

(Address)

Terrence T. Williams 201700006427
Will County Adult Detention Facility
95 S. Chicago St. Joliet IL, 60436

CAROL STREAM IL 601
07 APR 2018 PM 2 L




Legal Mail

Legal Mail

United States District Court
219 S. Dearborn Street
Chicago IL, 60604

18cv2600
Judge Alonso
Mag. Judge Martin
PC 6

Legal Mail

6060431894 C005

04/11/2018-5

Legal Mail

RECEIVED
2018 APR 11 PM 9:37

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016