PC SCAN

United States District Court
Northern District of Illinois
Eastern Division

RECEIVED
2/19/2019
EC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Terrence T. Williams
Plaintiff

V.S.

18-CV-2600

FILED
3/20/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brendan Davis
Bruce Suggs
Scott ~~Hankler~~ Hunkler
Nathan Musur
Matthew Spata
Rose Albano
Michael Zolecki
William Garner
Jacob Deane
Matthew Cortese
Robert Van Overmeiren
Edward Hayes Jr.
Derek Coppes
Defendant(S)

✓ Complaint under the civil rights act, title 42 Section 1983 U.S code (state, county, or municipal defendants)

Plaintiff

Name: Terrence T. Williams #Y32752

Place of present confinement: Western Illinois Correctional Center

Address: Mt. Sterling Illinois 62353 2500 Route 99 South

Defendant(s) involved in case # 18-CV-2600

(A) Defendant: Brendan Davis
title: Deputy
Place of employment: Will County Adult Detention Facility

(B.) Defendant: Bruce Suggs
title: Deputy
place of employment: Will County Adult Detention Facility

(C.) Defendant: Scott Hunkler
title: Deputy
Place of employment: Will County Adult Detention Facility

(D.) Defendant: Nathan Musur
title: Deputy
Place of employment: Will County Adult Detention Facility

(e.) Defendant: Matthew Spata
title: Deputy
Place of employment: Will County Adult Detention Facility

(F.) Defendant: Rose Albano
title: Sergeant
place of employment: Will County Adult Detention Facility

Defendant(s) involved in case # 18-CV-2600

(G.) Defendant: Michael Zolecki
title: Emergency Response Team Member
place of employment: Will County Adult Detention Facility

(H.) Defendant: William Garner
title: Emergency Response Team Member
place of employment: Will County Adult Detention Facility

(I.) Defendant: Jacob Deane
title: Emergency Response Team member
place of employment: Will County Adult Detention Facility

(J.) Defendant: Matthew Cortese
title: Emergency Response Team member
place of employment: Will County Adult Detention Facility

(K.) Defendant: Robert Van Overmeiren
title: Emergency Response Team member
place of employment: Will County Adult Detention Facility

(L.) Defendant: Edward Hayes Jr.
title: Emergency Response Team member
place of employment: Will County Adult Detention Facility

(M.) Defendant: Derek Coppes
title: Emergency Response Team member
place of employment: Will County Adult Detention Facility

Amended complaint.

Statement of Claim:

In case # 18-CV-2600 where I claimed excessive force where I suffered A brutal beating and suffered from Sodomy defendants A-E were also involved as witnesses that did not intervene seeking amusement at my expense. Subject (B) Bruce Suggs even ridiculed me and antagonized me after the incident, as he would peek in and out of the dayroom consistantly provoking the situation. I find stand by witnesses also responsible for (with gross negligence) not intervening to prevent such occurrence. There roll as standby witnesses only encouraged the beating and sexual assault because as authorities especially, such incident could have possibly been prevented if they would have thoughtfully engaged to sease the abuse. Though that was not the case I will appreciate parties A-E are also added as liable and accountable subjects.

## IV. STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case . Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statues.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While detained here at the Will County Adult Detention Facility on March 19th 2018 on 2nd shift , I were brutally beaten by members of the emergency response team (e.r.t's.) While complying they entered the cell (#37) day-room (6) of the Medical Unit and in a false attempt to cuff me , the ert members forced me flat to my stomach by gripping the back of my head an neck rushing my face to the ground, while my hands were (positioned as ordered) behind my back already , the printed names of the ert's proceeded attacking me and punching me brutally all in my face multiple times, causing great swelling of my face leaving me with knots and bruises, and bloody red eyes, caused by the punches the the face. They restrained me and even with tazers and mace attached to their person they pretended I resisted in order I receive the beating causing great bodily harm and using excessive force, this was retaliating behavior demonstrated by these professionals of the emergency response team. I suffered from unlawful , cruel, and unusual punishment especially when there were mace and tazers attached to their person. I requested for the video and audio to be preserved . This incident occurred where there is alleged video and audio surveillance. As I were finally done receiving the beating I felt sodomized as one of the members of the (ert's) pulled my inmate uniform pants down and injected his finger into my rectum. Once cuffed, I were exhausted, (body language of fatigue) and lifted off the floor of the cell , I were briefly seen by nurses and thrown back in the cell with great head injury, I felt very lightheaded possibly suffering from head trauma and traumatized as in A place of medical I already suffer from ptsd from similar incidents.

**Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want the courts to thoroughly investigate this and be sure this doesn't happens to anyone else nor myself and for an amount of $250,000. I also will appreciate the courts to penalize the defendants for their misconduct in their profession and abuse of authority.

The plaintiff demands that the case does not be tried by a jury.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge , information and belief. I understand that if this certification is not correct , I may be subject to sanction by the Court.

Signed ~~April~~ February Day of ~~5th~~ 14th , ~~2018~~ 2019

Terrence T. Williams
(Signature of plaintiff)

Terrence T. Williams
(Print name)

Y32752
(I.D. Number)

Western Illinois Correctional Center

Mt. Sterling Illinois 62353

2500 Route 99 South
(Address)